UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ESTATE OF KEVIN LATHAM by Neka Williams, Personal Representative, NEKA WILLIAMS,            Plaintiffs,       v.    ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) LIFE INSURANCE PLAN OF TOYOTA BOSHOKU AMERICA, INC., RELIASTAR LIFE INSURANCE COMPANY, INC. a member of Voya Financial Group, Inc.,            Defendants. | No. 3:25-cv-00042-MPB-CSW |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION

Plaintiff Neka Williams, as the personal representative of the Estate of Kevin Latham, sued Defendants Accidental Death and Dismemberment (AD&D) Life Insurance Plan of Toyota Boshoku America, Inc. and Reliastar Life Insurance Company, Inc. (Docket No. 2). Plaintiff was initially represented by counsel, but counsel withdrew. (Docket No. 33). When Plaintiff was unable to obtain new counsel, she advised the Magistrate Judge that she did not wish to represent herself. (Docket No. 34). The parties were instructed to discuss that development and file for dismissal. A stipulation of dismissal followed, but it applied only to Defendant Reliastar. (Docket Nos. 35; 37). This action remained live between Plaintiff and AD&D.

On February 13, 2026, the Magistrate Judge recommended that this action be dismissed for failing to comply with a Court Order and for failure to prosecute under Federal Rule of Civil

Procedure 41(b). (Docket No. 38). Fourteen days have passed since the report and recommendation was issued, and Plaintiff did not object.

After reviewing the record and the Magistrate Judge's Report and Recommendation, the Court finds no clear error in the recommendation. *See Bell v. Hana Bus. Grp.*, No. 1:19-cv-1249, 2021 WL 8269513, at *1 (S.D. Ind. Dec. 2, 2021) (adopting report and recommendation for failure to prosecute and reviewing for clear error) (citation omitted). Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket No. 38). Plaintiff's Complaint, (Docket No. 2), is **DISMISSED with prejudice**. Fed. R. Civ. P. 41(b); *Ball v. City of Chicago*, 2 F.3d 752, 760 (7th Cir. 1993). Final judgment will issue by separate entry.

**IT IS SO ORDERED.**

Dated: March 13, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

NEKA WILLIAMS
6751 W 350 S
Owensville, IN 47665

Elizabeth G. Doolin
CHITTENDEN MURDAY & NOVOTNY LLC
edoolin@cmn-law.com

Kaitlyn E. Luther
CHITTENDEN MURDAY & NOVOTNY LLC
kluther@cmn-law.com